# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| TINA LANGFORD and STEVEN LANGFORD, <br><br>　　Plaintiffs, <br><br>v. <br><br>ELUTIA, INC. f/k/a AZIYO BIOLOGICS, INC., <br><br>　　Defendant | Case No.: 4:24-cv-00205-WMR |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiffs Tina Langford and Steven Langford and Defendant Elutia Inc. f/k/a Aziyo Biologics, Inc by their respective counsel, hereby report that they have reached a settlement in this matter. The parties are in the process of finalizing settlement documents and anticipate filing a Joint Stipulation of Dismissal promptly.

Respectfully submitted

*/s/ Lawrence R. Cohan*
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
David C. Magagna, Esq.
*(admitted pro hac vice)*
**SALTZ MONGELUZZI BENDESKY**
One Liberty Place, 52nd Floor

1650 Market Street
Philadelphia, PA 19103
(215)-486-8282
lcohan@smbb.com
jcohan@smbb.com
dmagagna@smbb.com
*Counsel for Plaintiffs*

*/s/ Kyle G.A. Wallace*
Alan J. Hamilton
Georgia Bar No. 320698
Kyle G.A. Wallace
Georgia Bar No. 734167
**SHIVER    HAMILTON    CAMPBELL, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Facsimile: (888) 501-9536
alan@shiverhamilton.com
kwallace@shiverhamilton.com
*Counsel for Plaintiffs*

*/s/ Kirk Andrew Carter*
Kirk Andrew Carter
**BOWMAN & BROOKE**
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402-4244
612-672-3242
Fax: 612-672-3200
Email: kirk.carter@bowmanandbrooke.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

*/s/ Lawrence R. Cohan*
Lawrence R. Cohan, Esq.
